Sammy Ciling
23120 Carancho Road
Temecula, CA 92590
9515521122

Representing: In Pro Per                                                  File No.

FILED
CLERK, U.S. DISTRICT COURT
08/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY     mba     DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT
Central District of California - District - Santa Ana

| | |
|---|---|
| Sammy Ciling, et al.<br>**Plaintiff/Petitioner**<br><br>vs.<br><br>Omid Mir Jafari, et al.<br>**Defendant/Respondent** | Case No. 8:25-cv-01649-MRA-ADS<br><br>Proof of Service of:<br>Complaint with Exhibits, Notice of Assignment to United States Judges, Unfiled Civil Cover Sheet, Notice to Parties of Court-Directed ADR Program, Magistrate Judge Consent Notice, Exhibits, Server Instructions, Filed Civil Cover Sheet, Filed Complaint First Page, Filed Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Summons<br><br>Service on:<br>Debbie Sutz<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Div/Dept: |

PROOF OF SERVICE

Order # 26059683

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Sammy Ciling<br>23120 Carancho Road<br>Temecula, CA 92590<br>　　　　TELEPHONE NO: 9515521122　　FAX NO *(Optional)*:<br>　E-MAIL ADDRESS *(Optional)*: sciling@gmail.com<br>　　ATTORNEY FOR *(Name)*: In Pro Per | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Santa Ana<br>411 West Fourth St<br>Santa Ana, CA  92701-4516 | |
| PLAINTIFF / PETITIONER:　Sammy Ciling, et al.<br>DEFENDANT / RESPONDENT:　Omid Mir Jafari, et al. | CASE NUMBER:<br>8:25-cv-01649-MRA-ADS |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>13927653 (26059683) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint with Exhibits, Notice of Assignment to United States Judges, Unfiled Civil Cover Sheet, Notice to Parties of Court-Directed ADR Program, Magistrate Judge Consent Notice, Exhibits, Server Instructions, Filed Civil Cover Sheet, Filed Complaint First Page, Filed Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Summons

2. Party Served:　　　　　　　　Debbie Sutz

3. Date & Time of Delivery:　　　August 20, 2025 at 4:45 pm PDT

4. Address, City and State:　　　24748 Long Valley Road Hidden Hills, CA, 91302

5. Manner of Service:　　　　　Personal Service - By personally delivering copies.

Fee for service: $140.00

Registered California process server.
Nancy Banfield
County: Los Angeles
Registration No.: 5054

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*ng Banfield*

_____
　　　　　　　　　　Nancy Banfield

Date: August 21, 2025