Sammy Ciling
23120 CARANCHO RD
TEMECULA, CA  92590
9515521122

Representing: In Pro Per    File No.

FILED
CLERK, U.S. DISTRICT COURT
08/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   mba   DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

Central District of California - District - Santa Ana

| | |
|---|---|
| Sammy Ciling, et al.<br>**Plaintiff/Petitioner**<br><br>vs.<br><br>Omid Mir Jafari, et al.<br>**Defendant/Respondent** | Case No. 8:25−cv−01649 MRA (ADSx)<br><br>Proof of Service of:<br>Complaint with Exhibits, Notice of Assignment to United States Judges, Unfiled Civil Cover Sheet, Notice to Parties of Court-Directed ADR Program, Magistrate Judge Consent Notice, Exhibits, Filed Civil Cover Sheet, Filed Complaint First Page, Filed Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Summons<br><br>Service on:<br>Hope & Trust Trading, Inc.<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Div/Dept: |

PROOF OF SERVICE

Order # 26059682

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Sammy Ciling<br>23120 CARANCHO RD<br>TEMECULA, CA 92590<br>  TELEPHONE NO.: 9515521122   FAX NO *(Optional)*:<br>  E-MAIL ADDRESS *(Optional)*: sammy@agroman.us<br>  ATTORNEY FOR *(Name)*: In Pro Per | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Santa Ana<br>411 West Fourth St<br>Santa Ana, CA 92701-4516 | |
| PLAINTIFF / PETITIONER: Sammy Ciling, et al.<br>DEFENDANT / RESPONDENT: Omid Mir Jafari, et al. | CASE NUMBER:<br>8:25−cv−01649 MRA (ADSx) |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>13927652 (26059682) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint with Exhibits, Notice of Assignment to United States Judges, Unfiled Civil Cover Sheet, Notice to Parties of Court-Directed ADR Program, Magistrate Judge Consent Notice, Exhibits, Filed Civil Cover Sheet, Filed Complaint First Page, Filed Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Server Instructions, Summons

2. Party Served:          Hope & Trust Trading, Inc.

3. Person Served:         Omid Mir Jafari

4. Left With:             JANE DOE (MidEast/F/70/140/5'2) - Resident

5. Date & Time of Delivery:   August 25, 2025 at 12:11 pm PDT

6. Address, City and State:   3 Buellton Irvine, CA, 92602

7. Manner of Service:     **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of JANE DOE (MidEast/F/70/140/5'2), a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $145.00

Registered California process server.
Noel Lasaw
County: Orange
Registration No.: 6373

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Noel Lasaw

Date: August 26, 2025

**PROOF OF SERVICE**

MC-031

| PLAINTIFF / PETITIONER: Sammy Ciling, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Omid Mir Jafari, et al. | 8:25−cv−01649 MRA (ADSx) |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: Hope & Trust Trading, Inc.

1) Unsuccessful Attempt: Aug 17, 2025, 2:36 pm PDT at Home: 3 Buellton, Irvine, CA 92602
   *Jane Doe (F/50/5'7/160/Brown/Brown/MiddleEast) provided target subject is not on site and that sub-service will be accepted*

2) Unsuccessful Attempt: Aug 20, 2025, 8:07 pm PDT at Home: 3 Buellton, Irvine, CA 92602
   *House lights are shut off. No one answered the door. No one answered the doorbell. No activity or movement inside.*

3) Unsuccessful Attempt: Aug 22, 2025, 8:26 am PDT at Home: 3 Buellton, Irvine, CA 92602
   *No one answered the door. No one answered the doorbell. No activity or movement inside.*

4) Successful Attempt: Aug 25, 2025, 12:11 pm PDT at Home: 3 Buellton, Irvine, CA 92602 received by JANE DOE (MidEast/F/70/140/5'2). Age: 70; Ethnicity: Middle Eastern; Gender: Female; Weight: 140; Height: 5'2"; Hair: Blond; Eyes: Brown; Relationship: Resident;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: August 26, 2025

Noel Lasaw
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* Process Server

MC-031

| PLAINTIFF / PETITIONER: Sammy Ciling, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Omid Mir Jafari, et al. | 8:25−cv−01649 MRA (ADSx) |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 8/26/2025, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint with Exhibits, Notice of Assignment to United States Judges, Unfiled Civil Cover Sheet, Notice to Parties of Court-Directed ADR Program, Magistrate Judge Consent Notice, Exhibits, Filed Civil Cover Sheet, Filed Complaint First Page, Filed Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

Hope & Trust Trading, Inc.
Omid Mir Jafari - Person Authorized to Accept Service of Process
3 Buellton
Irvine, CA 92602.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 8/26/2025

Sandra Alcala
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.