UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01649-MRA-ADS | Date | November 14, 2025 |
| Title | *Sammy Ciling et al. v. Omid Mir Jafari et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ENTERED FOR FAILURE TO APPEAR**

On September 17, 2025, the Court issued an Order Setting a Scheduling Conference in this matter for 1:30 p.m. on November 10, 2025. ECF 26. In violation of Local Rule 16-3, no party in this matter attended the conference. ECF 35. Moreover, the parties failed to submit a joint Rule 26(f) Report or a complete schedule of proposed pretrial dates as required by the Court's Scheduling Conference Order. ECF 26-1. Accordingly, the Court **ORDERS** Plaintiffs Sammy Ciling and Anke Ciling, proceeding *pro se*, Defendant F. Bari Nejadpour, proceeding *pro se*, and Debbie Sutz, Counsel for Omid Mir Jafari, Hope and Trust Trading, Inc., and Debbie Sutz, to show cause why they should not be sanctioned for their failure to appear at the Court-ordered scheduling conference set on this date. The parties shall respond in writing to this order to show cause and submit a complete joint Schedule of Pretrial Dates no later than **November 20, 2025**. Plaintiffs' failure to respond may result in termination of this case.

**IT IS SO ORDERED.**

                                                                                           \_\_\_ : \_\_\_

Initials of Deputy Clerk     mku